UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
------------------------------------------------------------------------X
WILFREDO SAMBULA, EZRI URQUIA, and
SANDRA CAMPOS, on behalf of themselves and
others similarly situated,

                       Plaintiffs,

      -against-

MICHAEL MIZHIRITSKY, MICHAEL MARGARYAN,
FERNANDO ZAVALA, and LMM RAINBOW CAR
WASH LLC d/b/a RAINBOW CAR WASH,

                      Defendants.

------------------------------------------------------------------------X

**ANSWER**

Docket No.: 25 cv 00988

(GRB-AYS)

      Defendants, MICHAEL MIZHIRITSKY, MICHAEL MARGARYAN, FERNANDO ZAVALA, LMM RAINBOW CAR WASH LLC d/b/a RAINBOW CAR WASH, by their attorneys, PERRY, VAN ETTEN, RAINIS & KUTNER, LLP answering the Complaint of plaintiffs herein, set forth the following upon information and belief:

      FIRST:  Deny knowledge or information sufficient to form a belief as to the allegations contained in paragraph "1" of the Complaint.

      SECOND:  Deny knowledge or information sufficient to form a belief as to the allegations contained in paragraph "2" of the Complaint.

      THIRD:  Deny knowledge or information sufficient to form a belief as to the allegations contained in paragraph "3" of the Complaint and refer all questions of law to the Court.

      FOURTH:  Deny knowledge or information sufficient to form a belief as to the allegations contained in paragraph "4" of the Complaint and refer all questions of law to the Court.

      FIFTH:  Deny knowledge or information sufficient to form a belief as to the allegations contained in paragraph "5" of the Complaint and refer all questions of law to the Court.

      SIXTH:  Deny knowledge or information sufficient to form a belief as to the allegations contained in paragraph "6" of the Complaint.

SEVENTH: Deny knowledge or information sufficient to form a belief as to the allegations contained in paragraph "7" of the Complaint except admit that LMM RAINBOW CAR WASH LLC is a former owner of a car wash located at 225 W. Old Country Road, Hicksville, NY. The LLC corporate address of the LLC is 66 Hayloft Lane, Roslyn Heights, NY, and Michael Mizhiritsky and Michael Margaryan are principals of the LLC. All other questions of law are referred to the Court.

EIGHTH: Deny knowledge or information sufficient to form a belief as to the allegations contained in paragraph "8" of the Complaint except admit that LMM RAINBOW CAR WASH LLC is a former owner of a car wash located at 225 W. Old Country Road, Hicksville, NY. The LLC corporate address of the LLC is 66 Hayloft Lane, Roslyn Heights, NY, and Michael Mizhiritsky and Michael Margaryan are principals of the LLC. All other questions of law are referred to the Court.

NINTH: Deny knowledge or information sufficient to form a belief as to the allegations contained in paragraph "9" of the Complaint except admit that LMM RAINBOW CAR WASH LLC is a former owner of a car wash located at 225 W. Old Country Road, Hicksville, NY. The LLC corporate address of the LLC is 66 Hayloft Lane, Roslyn Heights, NY, and Michael Mizhiritsky and Michael Margaryan are principals of the LLC. All other questions of law are referred to the Court.

TENTH: Deny knowledge or information sufficient to form a belief as to the allegations contained in paragraph "10" of the Complaint except admit that LMM RAINBOW CAR WASH LLC is a former owner of a car wash located at 225 W. Old Country Road, Hicksville, NY. The LLC corporate address of the LLC is 66 Hayloft Lane, Roslyn Heights, NY, and Michael Mizhiritsky and Michael Margaryan are principals of the LLC. All other questions of law are referred to the Court.

ELEVENTH: Deny knowledge or information sufficient to form a belief as to the allegations contained in paragraph "11" of the Complaint except admit that LMM RAINBOW CAR WASH LLC is a former owner of a car wash located at 225 W. Old Country Road, Hicksville, NY. The LLC corporate address of the LLC is 66 Hayloft Lane, Roslyn Heights, NY, and Michael Mizhiritsky and Michael Margaryan are principals of the LLC. All other questions of law are referred to the Court.

TWELFTH: Deny knowledge or information sufficient to form a belief as to the allegations contained in paragraph "12" of the Complaint except admit that LMM RAINBOW CAR WASH LLC is a former owner of a car wash located at 225 W. Old Country Road, Hicksville, NY. The LLC corporate address of the LLC is 66 Hayloft Lane, Roslyn Heights, NY, and Michael Mizhiritsky and Michael Margaryan are principals of the LLC. All other questions of law are referred to the Court.

THIRTEENTH: Deny knowledge or information sufficient to form a belief as to the allegations contained in paragraph "13" of the Complaint except admit that LMM RAINBOW CAR WASH LLC is a former owner of a car wash located at 225 W. Old Country Road, Hicksville, NY. The LLC corporate address of the LLC is 66 Hayloft Lane, Roslyn Heights, NY, and Michael Mizhiritsky and Michael Margaryan are principals of the LLC. All other questions of law are referred to the Court.

FOURTEENTH: Deny knowledge or information sufficient to form a belief as to the allegations contained in paragraph "14" of the Complaint except admit that LMM RAINBOW CAR WASH LLC is a former owner of a car wash located at 225 W. Old Country Road, Hicksville, NY. The LLC corporate address of the LLC is 66 Hayloft Lane, Roslyn Heights, NY, and Michael Mizhiritsky and Michael Margaryan are principals of the LLC. All other questions of law are referred to the Court.

FIFTEENTH: Deny knowledge or information sufficient to form a belief as to the allegations contained in paragraph "15" of the Complaint except admit that LMM RAINBOW CAR WASH LLC is a former owner of a car wash located at 225 W. Old Country Road, Hicksville, NY. The LLC corporate address of the LLC is 66 Hayloft Lane, Roslyn Heights, NY, and Michael Mizhiritsky and Michael Margaryan are principals of the LLC. All other questions of law are referred to the Court.

SIXTEENTH: Deny knowledge or information sufficient to form a belief as to the allegations contained in paragraph "16" of the Complaint except admit that LMM RAINBOW CAR WASH LLC is a former owner of a car wash located at 225 W. Old Country Road, Hicksville, NY. The LLC corporate address of the LLC is 66 Hayloft Lane, Roslyn Heights, NY, and Michael Mizhiritsky and Michael Margaryan are principals of the LLC. All other questions of law are referred to the Court.

3

SEVENTEENTH:   Deny knowledge or information sufficient to form a belief as to the allegations contained in paragraph "17" of the Complaint except admit that LMM RAINBOW CAR WASH LLC is a former owner of a car wash located at 225 W. Old Country Road, Hicksville, NY. The LLC corporate address of the LLC is 66 Hayloft Lane, Roslyn Heights, NY, and Michael Mizhiritsky and Michael Margaryan are principals of the LLC. All other questions of law are referred to the Court.

EIGHTEENTH:   Deny knowledge or information sufficient to form a belief as to the allegations contained in paragraph "18" of the Complaint except admit that LMM RAINBOW CAR WASH LLC is a former owner of a car wash located at 225 W. Old Country Road, Hicksville, NY. The LLC corporate address of the LLC is 66 Hayloft Lane, Roslyn Heights, NY, and Michael Mizhiritsky and Michael Margaryan are principals of the LLC. All other questions of law are referred to the Court.

NINETEENTH:   Deny knowledge or information sufficient to form a belief as to the allegations contained in paragraph "19" of the Complaint except admit that LMM RAINBOW CAR WASH LLC is a former owner of a car wash located at 225 W. Old Country Road, Hicksville, NY. The LLC corporate address of the LLC is 66 Hayloft Lane, Roslyn Heights, NY, and Michael Mizhiritsky and Michael Margaryan are principals of the LLC. All other questions of law are referred to the Court.

TWENTIETH:   Deny knowledge or information sufficient to form a belief as to the allegations contained in paragraph "20" of the Complaint except admit that LMM RAINBOW CAR WASH LLC is a former owner of a car wash located at 225 W. Old Country Road, Hicksville, NY. The LLC corporate address of the LLC is 66 Hayloft Lane, Roslyn Heights, NY, and Michael Mizhiritsky and Michael Margaryan are principals of the LLC. All other questions of law are referred to the Court.

TWENTY-FIRST: Deny the allegations contained in paragraph "21" of the Complaint.

TWENTY-SECOND: Deny the allegations contained in paragraph "22" of the Complaint except admit that Fernando Zavala is a manager at LMM Rainbow Car Wash LLC.

4

TWENTY-THIRD: Deny the allegations contained in paragraph "23" of the Complaint.

TWENTY-FOURTH: Deny knowledge or information sufficient to form a belief as to the allegations contained in paragraph "24" of the Complaint and refer all questions of law to the Court.

TWENTY-FIFTH: Deny knowledge or information sufficient to form a belief as to the allegations contained in paragraph "25" of the Complaint and refer all questions of law to the Court.

TWENTY-SIXTH: Deny knowledge or information sufficient to form a belief as to the allegations contained in paragraph "26" of the Complaint and refer all questions of law to the Court.

TWENTY-SEVENTH: Deny knowledge or information sufficient to form a belief as to the allegations contained in paragraph "27" of the Complaint and refer all questions of law to the Court.

TWENTY-EIGHTH: Deny knowledge or information sufficient to form a belief as to the allegations contained in paragraph "28" of the Complaint and refer all questions of law to the Court.

TWENTY-NINTH: Deny knowledge or information sufficient to form a belief as to the allegations contained in paragraph "29" of the Complaint and refer all questions of law to the Court.

THIRTIETH: Deny knowledge or information sufficient to form a belief as to the allegations contained in paragraph "30" of the Complaint and refers all questions of law to the Court.

THIRTY-FIRST: Deny the allegations contained in paragraph "31" of the Complaint.

THIRTY-SECOND: Deny knowledge or information sufficient to form a belief as to the allegations contained in paragraph "32" of the Complaint.

THIRTY-THIRD: Deny knowledge or information sufficient to form a belief as to the allegations contained in paragraph "33" of the Complaint.

THIRTY-FOURTH: Deny knowledge or information sufficient to form a belief as to the allegations contained in paragraph "34" of the Complaint.

THIRTY-FIFTH: Deny knowledge or information sufficient to form a belief as to the allegations contained in paragraph "35" of the Complaint.

THIRTY-SIXTH: Deny knowledge or information sufficient to form a belief as to the allegations contained in paragraph "36" of the Complaint.

THIRTY-SEVENTH:  Deny knowledge or information sufficient to form a belief as to the allegations contained in paragraph "37" of the Complaint.

THIRTY-EIGHTH:  Deny knowledge or information sufficient to form a belief as to the allegations contained in paragraph "38" of the Complaint.

THIRTY-NINTH:  Deny knowledge or information sufficient to form a belief as to the allegations contained in paragraph "39" of the Complaint.

FORTIETH:  Deny the allegations contained in paragraph "40" of the Complaint.

FORTY-FIRST:  Deny knowledge or information sufficient to form a belief as to the allegations contained in paragraph "41" of the Complaint.

FORTY-SECOND:  Deny knowledge or information sufficient to form a belief as to the allegations contained in paragraph "42" of the Complaint except admits that LMM RAINBOW CAR WASH LLC is a former employer of the plaintiffs and refers all questions of law to the Court.

FORTY-THIRD: Deny knowledge or information sufficient to form a belief as to the allegations contained in paragraph "43" of the Complaint except admits that LMM RAINBOW CAR WASH LLC is a former employer of the plaintiffs and refers all questions of law to the Court.

FORTY-FOURTH:  Deny knowledge or information sufficient to form a belief as to the allegations contained in paragraph "44" of the Complaint except admits that LMM RAINBOW CAR WASH LLC is a former employer of the plaintiffs and refers all questions of law to the Court.

FORTY-FIFTH:  Deny knowledge or information sufficient to form a belief as to the allegations contained in paragraph "45" of the Complaint except admits that LMM RAINBOW CAR WASH LLC is a former employer of the plaintiffs and refers all questions of law to the Court.

FORTY-SIXTH: Deny knowledge or information sufficient to form a belief as to the allegations contained in paragraph "46" of the Complaint except admits that LMM RAINBOW CAR WASH LLC is a former employer of the plaintiffs and refers all questions of law to the Court.

FORTY-SEVENTH: Deny knowledge or information sufficient to form a belief as to the allegations contained in paragraph "47" of the Complaint except admits that LMM RAINBOW CAR WASH LLC is a former employer of the plaintiffs and refers all questions of law to the Court.

6

FORTY-EIGHTH: Deny knowledge or information sufficient to form a belief as to the allegations contained in paragraph "48" of the Complaint except admits that LMM RAINBOW CAR WASH LLC is a former employer of the plaintiffs and refers all questions of law to the Court.

FORTY-NINTH: Deny knowledge or information sufficient to form a belief as to the allegations contained in paragraph "49" of the Complaint except admits that LMM RAINBOW CAR WASH LLC is a former employer of the plaintiffs and refers all questions of law to the Court.

FIFTIETH: Deny knowledge or information sufficient to form a belief as to the allegations contained in paragraph "50" of the Complaint except admits that LMM RAINBOW CAR WASH LLC is a former employer of the plaintiffs and refers all questions of law to the Court.

FIFTY-FIRST: Deny the allegations contained in paragraph "51" of the Complaint.

FIFTY-SECOND: Deny knowledge or information sufficient to form a belief as to the allegations contained in paragraph "52" of the Complaint except admits that LMM RAINBOW CAR WASH LLC is a former employer of the plaintiffs and refers all questions of law to the Court.

FIFTY-THIRD: Deny the allegations contained in paragraph "53" of the Complaint.

FIFTY-FOURTH: Deny the allegations contained in paragraph "53" of the Complaint.

FIFTY-FIFTH: Deny knowledge or information sufficient to form a belief as to the allegations contained in paragraph "55" of the Complaint except admits that LMM RAINBOW CAR WASH LLC is a former employer of the plaintiffs and refers all questions of law to the Court.

FIFTY-SIXTH: Deny knowledge or information sufficient to form a belief as to the allegations contained in paragraph "56" of the Complaint except admits that LMM RAINBOW CAR WASH LLC is a former employer of the plaintiffs and refers all questions of law to the Court.

FIFTY-SEVENTH: Deny the allegations contained in paragraph "57" of the Complaint.

FIFTY-EIGHTH: Deny the allegations contained in paragraph "58" of the Complaint.

FIFTY-NINTH: Deny knowledge or information sufficient to form a belief as to the allegations contained in paragraph "59" of the Complaint except admits that LMM RAINBOW CAR WASH LLC is a former employer of the plaintiffs and refers all questions of law to the Court.

7

SIXTIETH: Deny knowledge or information sufficient to form a belief as to the allegations contained in paragraph "60" of the Complaint except admits that LMM RAINBOW CAR WASH LLC is a former employer of the plaintiffs and refers all questions of law to the Court.

SIXTY-FIRST: Deny the allegations contained in paragraph "61" of the Complaint.

SIXTY-SECOND: Deny the allegations contained in paragraph "62" of the Complaint.

SIXTY-THIRD:   Deny knowledge or information sufficient to form a belief as to the allegations contained in paragraph "63" of the Complaint except admits that LMM RAINBOW CAR WASH LLC is a former employer of the plaintiffs and refers all questions of law to the Court.

SIXTY-FOURTH:   Deny knowledge or information sufficient to form a belief as to the allegations contained in paragraph "64" of the Complaint except admits that LMM RAINBOW CAR WASH LLC is a former employer of the plaintiffs and refers all questions of law to the Court.

SIXTY-FIFTH: Deny the allegations contained in paragraph "65" of the Complaint.

SIXTY-SIXTH:  Deny the allegations contained in paragraph "66" of the Complaint.

SIXTY-SEVENTH:  Deny the allegations contained in paragraph "67" of the Complaint.

SIXTY-EIGHTH:  Deny the allegations contained in paragraph "68" of the Complaint.

SIXTY-NINTH: Deny knowledge or information sufficient to form a belief as to the allegations contained in paragraph "69" of the Complaint.

SEVENTIETH: Deny the allegations contained in paragraph "70" of the Complaint.

SEVENTY-FIRST: Deny the allegations contained in paragraph "71" of the Complaint.

SEVENTY-SECOND:  Deny the allegations contained in paragraph "72" of the Complaint.

SEVENTY-THIRD: Deny the allegations contained in paragraph "73" of the Complaint.

SEVENTY-FOURTH:  Deny the allegations contained in paragraph "74" of the Complaint.

SEVENTY-FIFTH: Deny the allegations contained in paragraph "75" of the Complaint.

8

SEVENTY-SIXTH:  Deny the allegations contained in paragraph "76" of the Complaint.

SEVENTY-SEVENTH:  Deny the allegations contained in paragraph "76" of the Complaint.

SEVENTY-EIGHTH:  Deny knowledge or information sufficient to form a belief as to the allegations contained in paragraph "78" of the Complaint and refer all questions of law to the Court.

SEVENTY-NINTH:  Deny knowledge or information sufficient to form a belief as to the allegations contained in paragraph "79" of the Complaint and refer all questions of law to the Court.

EIGHTIETH:  Deny the allegations contained in paragraph "80" of the Complaint.

EIGHTY-FIRST: Deny the allegations contained in paragraph "81" of the Complaint.

EIGHTY-SECOND: Deny the allegations contained in paragraph "82" of the Complaint.

EIGHTY-THIRD: Deny the allegations contained in paragraph "83" of the Complaint.

EIGHTY-FOURTH: Deny knowledge or information sufficient to form a belief as to the allegations contained in paragraph "84" of the Complaint and refer all questions of law to the Court.

EIGHTY-FIFTH:  Deny knowledge or information sufficient to form a belief as to the allegations contained in paragraph "85" of the Complaint and refer all questions of law to the Court.

EIGHTY-SIXTH:  Deny knowledge or information sufficient to form a belief as to the allegations contained in paragraph "86" of the Complaint and refer all questions of law to the Court.

EIGHTY-SEVENTH:  Deny the allegations contained in paragraph "87" of the Complaint.

EIGHTY-EIGHTH:  Deny the allegations contained in paragraph "88" of the Complaint.

EIGHTY-NINTH:  Deny the allegations contained in paragraph "89" of the Complaint.

NINETIETH:  Deny the allegations contained in paragraph "90" of the Complaint.

NINETY-FIRST:  Deny the allegations contained in paragraph "91" of the Complaint.

### AS AND FOR AN ANSWER FOR A FIRST CLAIM OF RELIEF

NINETY-SECOND:  Answering paragraph designated "92" of the Complaint, the answering defendants reiterate, repeat and reallege each and every admission and denial heretofore made to the allegations contained in paragraphs designated "1" through "91" of the Complaint with the same force and effect as if here repeated and again set forth at length.

NINETY-THIRD:  Deny the allegations contained in paragraph "93" of the Complaint.

NINETY-FOURTH: Deny the allegations contained in paragraph "94" of the Complaint.

NINETY-FIFTH: Deny the allegations contained in paragraph "95" of the Complaint.

NINETY-SIXTH: Deny the allegations contained in paragraph "96" of the Complaint.

NINETY-SEVENTH: Deny knowledge or information sufficient to form a belief as to the allegations contained in paragraph "97" of the Complaint.

### AS AND FOR AN ANSWER FOR A SECOND CLAIM OF RELIEF

NINETY-EIGHTH:  Answering paragraph designated "98" of the Complaint, the answering defendants reiterate, repeat and reallege each and every admission and denial heretofore made to the allegations contained in paragraphs designated "1" through "97" of the Complaint with the same force and effect as if here repeated and again set forth at length.

NINETY-NINE: Deny the allegations contained in paragraph "99" of the Complaint.

ONE HUNDREDTH:  Deny the allegations contained in paragraph "100" of the Complaint.

### AS AND FOR AN ANSWER FOR A THIRD CLAIM OF RELIEF

ONE HUNDREDTH FIRST:  Answering paragraph designated "101" of the Complaint, the answering defendants reiterate, repeat and reallege each and every admission and denial heretofore made to the allegations contained in paragraphs designated "1" through "100" of the Complaint with the same force and effect as if here repeated and again set forth at length.

ONE HUNDREDTH SECOND:  Deny the allegations contained in paragraph "102" of the Complaint.

ONE HUNDREDTH THIRD:  Deny the allegations contained in paragraph "103" of the Complaint.

ONE HUNDREDTH FOURTH:  Deny the allegations contained in paragraph "104" of the Complaint.

## AS AND FOR AN ANSWER FOR A FOURTH CLAIM OF RELIEF

ONE HUNDRETH FIFTH:  Answering paragraph designated "105" of the Complaint, the answering defendants reiterate, repeat and reallege each and every admission and denial heretofore made to the allegations contained in paragraphs designated "1" through "104" of the Complaint with the same force and effect as if here repeated and again set forth at length.

ONE HUNDREDTH SIXTH:  Deny the allegations contained in paragraph "106" of the Complaint.

ONE HUNDREDTH SEVENTH:  Deny knowledge or information sufficient to form a belief as to the allegations contained in paragraph "107" of the Complaint and refer all questions of law to the Court.

ONE HUNDREDTH EIGHTH: Deny the allegations contained in paragraph "108" of the Complaint.

ONE HUNDREDTH NINTH: Deny the allegations contained in paragraph "109" of the Complaint.

ONE HUNDREDTH TENTH:  Deny the allegations contained in paragraph "110" of the Complaint.

## AS AND FOR AN ANSWER FOR A FIFTH CLAIM OF RELIEF

ONE HUNDREDTH ELEVENTH:  Answering paragraph designated "111" of the Complaint, the answering defendants reiterates, repeats and realleges each and every admission and denial heretofore made to the allegations contained in paragraphs designated "1" through "110" of the Complaint with the same force and effect as if here repeated and again set forth at length.

ONE HUNDREDTH TWELFTH: Deny knowledge or information sufficient to form a belief as to the allegations contained in paragraph "112" of the Complaint and refer all questions of law to the Court.

11

ONE HUNDREDTH THIRTEENTH:  Deny the allegations contained in paragraph "113" of the Complaint.

ONE HUNDREDTH FOURTEENTH: Deny the allegations contained in paragraph "114" of the Complaint.

ONE HUNDREDTH FIFTEENTH:  Deny the allegations contained in paragraph "115" of the Complaint.

ONE HUNDREDTH SIXTEENTH:  Deny the allegations contained in paragraph "116" of the Complaint.

ONE HUNDREDTH SEVENTEETH: Answering paragraph designated "117" of the Complaint, the answering defendants reiterate, repeat and reallege each and every admission and denial heretofore made to the allegations contained in paragraphs designated "1" through "116" of the Complaint with the same force and effect as if here repeated and again set forth at length.

## AS AND FOR AN ANSWER FOR A SIXTH CLAIM OF RELIEF

ONE HUNDREDTH EIGHTEENTH:  Answering paragraph designated "118" of the Complaint, the answering defendants reiterate, repeat and reallege each and every admission and denial heretofore made to the allegations contained in paragraphs designated "1" through "117" of the Complaint with the same force and effect as if here repeated and again set forth at length.

ONE HUNDREDTH NINETEENTH:  Deny the allegations contained in paragraph "119" of the Complaint.

ONE HUNDREDTH TWENTIETH:  Deny the allegations contained in paragraph "120" of the Complaint.

ONE HUNDREDTH TWENTY-FIRST: Deny the allegations contained in paragraph "121" of the Complaint.

### AS AND FOR AN ANSWER FOR A SEVENTH CLAIM OF RELIEF

ONE HUNDREDTH TWENTY-SECOND:  Answering paragraph designated "122" of the Complaint, the answering defendants reiterate, repeat and reallege each and every admission and denial heretofore made to the allegations contained in paragraphs designated "1" through "121" of the Complaint with the same force and effect as if here repeated and again set forth at length.

ONE HUNDREDTH TWENTY-THIRD: Deny knowledge or information sufficient to form a belief as to the allegations contained in paragraph "123" of the Complaint and refer all questions of law to the Court.

ONE HUNDREDTH TWENTY-FOURTH:  Deny knowledge or information sufficient to form a belief as to the allegations contained in paragraph "124" of the Complaint and refer all questions of law to the Court.

ONE HUNDREDTH TWENTY-FIFTH: Deny knowledge or information sufficient to form a belief as to the allegations contained in paragraph "125" of the Complaint and refer all questions of law to the Court.

ONE HUNDREDTH TWENTY-SIXTH: Deny knowledge or information sufficient to form a belief as to the allegations contained in paragraph "126" of the Complaint and refer all questions of law to the Court.

ONE HUNDREDTH TWENTY-SEVENTH: Deny knowledge or information sufficient to form a belief as to the allegations contained in paragraph "127" of the Complaint and refer all questions of law to the Court.

ONE HUNDREDTH TWENTY-EIGHTH: Deny knowledge or information sufficient to form a belief as to the allegations contained in paragraph "128" of the Complaint and refer all questions of law to the Court.

ONE HUNDREDTH TWENTY-NINTH: Deny knowledge or information sufficient to form a belief as to the allegations contained in paragraph "129" of the Complaint and refer all questions of law to the Court.

ONE HUNDREDTH THIRTIETH: Deny knowledge or information sufficient to form a belief as to the allegations contained in paragraph "130" of the Complaint and refer all questions of law to the Court.

ONE HUNDREDTH THIRTY-FIRST: Deny knowledge or information sufficient to form a belief as to the allegations contained in paragraph "131" of the Complaint and refer all questions of law to the Court.

ONE HUNDREDTH THIRTY-SECOND:  Deny knowledge or information sufficient to form a belief as to the allegations contained in paragraph "132" of the Complaint and refer all questions of law to the Court.

ONE HUNDREDTH THIRTY-THIRD:  Deny knowledge or information sufficient to form a belief as to the allegations contained in paragraph "133" of the Complaint and refer all questions of law to the Court.

ONE HUNDREDTH THIRTY-FOURTH:  Deny the allegations contained in paragraph "134" of the Complaint.

ONE HUNDREDTH THIRTY-FIFTH:  Deny the allegations contained in paragraph "135" of the Complaint.

ONE HUNDREDTH THIRTY-SIXTH: Deny the allegations contained in paragraph "136" of the Complaint.

ONE HUNDREDTH THIRTY-SEVENTH:  Deny the allegations contained in paragraph "137" of the Complaint.

ONE HUNDREDTH THIRTY-EIGHTH: Deny knowledge or information sufficient to form a belief as to the allegations contained in paragraph "138" of the Complaint and refer all questions of law to the Court.

ONE HUNDREDTH THIRTY-NINTH: Deny the allegations contained in paragraph "139" of the Complaint.

ONE HUNDREDTH FORTIETH: Deny the allegations contained in paragraph "140" of the Complaint.

ONE HUNDREDTH FORTY-FIRST: Deny the allegations contained in paragraph "141" of the Complaint.

### AS AND FOR AN ANSWER FOR AN EIGHTH CLAIM OF RELIEF

ONE HUNDREDTH FORTY-SECOND: Answering paragraph designated "142" of the Complaint, the answering defendants reiterate, repeat and reallege each and every admission and denial heretofore made to the allegations contained in paragraphs designated "1" through "141" of the Complaint with the same force and effect as if here repeated and again set forth at length.

ONE HUNDREDTH FORTY-THIRD: Deny knowledge or information sufficient to form a belief as to the allegations contained in paragraph "143" of the Complaint.

ONE HUNDREDTH FORTY-FORTH: Deny the allegations contained in paragraph "144" of the Complaint.

ONE HUNDREDTH FORTY-FIFTH: Deny knowledge or information sufficient to form a belief as to the allegations contained in paragraph "145" of the Complaint and refer all questions of law to the Court.

ONE HUNDREDTH FORTY-SIXTH: Deny the allegations contained in paragraph "146" of the Complaint.

## AS AND FOR AN ANSWER FOR A NINTH CLAIM OF RELIEF

ONE HUNDREDTH FORTY-SEVENTH:  Answering paragraph designated "147" of the Complaint, the answering defendants reiterate, repeat and reallege each and every admission and denial heretofore made to the allegations contained in paragraphs designated "1" through "146" of the Complaint with the same force and effect as if here repeated and again set forth at length.

ONE HUNDREDTH FORTY-EIGHTH:  Deny the allegations contained in paragraph "148" of the Complaint.

ONE HUNDREDTH FORTY-NINTH: Deny the allegations contained in paragraph "149" of the Complaint.

ONE HUNDRED FIFTIETH: Deny knowledge or information sufficient to form a belief as to the allegations contained in paragraph "150" of the Complaint and refer all questions of law to the Court.

ONE HUNDRED FIFTY-FIRST:  Deny the allegations contained in paragraph "151" of the Complaint.

ONE HUNDRED FIFTY-SECOND: Deny the allegations contained in paragraph "152" of the Complaint.

## AS AND FOR A FIRST AFFIRMATIVE DEFENSE

ONE HUNDREDTH FIFTY-THIRD:  The defendants invoke the defenses, protections and limitations of the Fair Labor Standards Act.

## AS AND FOR A SECOND AFFIRMATIVE DEFENSE

ONE HUNDREDTH FIFTY-FOURTH: The defendants acted in good faith with reasonable grounds to believe that they were in conformity with all applicable laws.

WHEREFORE, defendants, MICHAEL MIZHIRITSKY, MICHAEL MARGARYAN, FERNANDO ZAVALA, LMM RAINBOW CAR WASH LLC d/b/a RAINBOW CAR WASH, demand judgment dismissing the Complaint of plaintiffs herein, together with the costs and disbursements of the action, and the expenses incurred in the defense thereof.

Dated: Melville, New York
April 21, 2025

Yours, etc.,

PERRY, VAN ETTEN, RAINIS
& KUTNER, LLP
Attorneys for Defendants
225 Broadhollow Road, Suite 430
Melville, New York  11747
(631) 414-7930
jkstrang@pvrklaw.com

BY: _____
JOSEPH K. STRANG

TO:   MONTEIRO & FISHMAN LLP
Attorneys for Plaintiffs
91 N. Franklin Street, Suite 108
Hempstead, New York 11550
(516) 280-4600

17

*Index No.  25 cv 00988 (GRB-AYS)*                                                    *Year*

## UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF NEW YORK

WILFREDO SAMBULA, EZRI URQUIA, AND SANDRA CAMPOS, on behalf of themselves and others similarly situated,

Plaintiffs,

-against-

MICHASEL MIZHIRITSKY, ET AL.

Defendants.

**ANSWER**

**PERRY, VAN ETTEN, RAINIS & KUTNER, LLP**
*Attorneys for Defendants*
**225 Broadhollow Road
Suite 430
Melville, New York 11747
(631) 414-7930
§2103 (b) (5) Notice: Service of Papers by Electronic Means is Not Accepted**

*Pursuant to 22 NYCRR 130-1.1-a, the undersigned, an attorney admitted to practice in the courts of New York State, certifies that, upon information and belief and reasonable inquiry, (1.) the contentions contained in the annexed document are not frivolous and that (2) if the annexed document is an initiating pleading, (i) the matter was not obtained through illegal conduct, or that if it was, the attorney or other persons responsible for the illegal conduct are not participating in the matter or sharing in any fee earned therefrom and that (ii) if the matter involves potential claims for personal injury or wrongful death, the matter was not obtained in violation of 22 NYCRR 1200.41-a.*

*Dated:* __April 21, 2025__          Signature_____ /s/_____

                              *Print Signer's Name* ____ **Joseph K. Strang**____

*Service of a copy of the within* _____ *is hereby admitted.*

*Dated:*

                              *Attorney(s) for* _____

**PERRY, VAN ETTEN, RAINIS & KUTNER, LLP**
225 Broadhollow Road
Suite 430
Melville, New York 11747
(631) 414-7930
